IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2009-CV-00922-RPM-KLM

JODIAN DINALL

      Plaintiff,

v.

JOHNSON & WALES UNIVERSITY

      Defendant.

_____

### ORDER FOR DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice filed by the parties, it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs.

Dated this 13th day of November, 2009.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge